To U.S. District Clerk  1:21cv549
300 Willow Rm 104
Beaumont Tx. 77701

RE: Threatening Retaliation To Derrick Holloway For Expressing His Right Not To Be Viewed by a Officer of the Opposite-Sex While Showering

Dear Officer of the Court

Please bring this letter to the attention of the court that a Capt. Harrington a female, has threatening me with being moved into a disciplinary dorm for expressing my right not to viewed by a female officers, looking at me naked in the shower, in a well lighted area, on a raised platform less than 12 feet away. York v Story, 324 F.2d 450 (1963) and Grummett v Rushen, 779 F.2d 491 (1985) surely set a standard, these are prison cases, convicted prisoners In the County jail Context we have presumption of innocence, these female guards have a open contempt towards all inmates. And the administrator are using the Kiosks has a unjustifiable restriction on our right of access to the Courts. By not providing paper-copies of our complaints grievances, PREA violations. Now Kiosks are being used to threaten inmates. Please investigate and see for yourself. I am one of the three complaints on 1:21-cv-549 Officer Hebert a female made open statements against us, and wrote a disciplinary case on me for

1 of 2

stretching beside my bunk in a dorm setting which is a lie. I have been subjected to this type of behavior for 30 months have been to court 2 times in 30 months and have claimed my innocence from the beginning please just because I cannot afford bail, I am subjected to punishments that are protected by our constitution and no one cares.

Sincerely
Derik Mullins
John Mark Whatley
Travis J. Carpenter

P.S. Could you forward a forms for the summons local rule.
Thank you

Derrick Holloway #346330
JCEF
5030 Hwy 69, South
Beaumont Tx. 77705

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC -2 2021
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

NORTH HOUSTON TX 773
30 NOV 2021 PM 3 L



U.S District Clerk
300 Willow, Rm 104
Beaumont, Texas 77701

Atten: 1:21cv549

77701-221729