In The United States District Court
For The Eastern District Of Texas
Beaumont Division

Plaintiffs Request That The Court Order Service
of Summons and Complaint on Defendants

John Mark Whatley            §
Travis James Carpenter
Derrick Wayne Holloway    §      1:21-cv-549
     √
Zena Stephens, et, al    §

1) If requested by the plaintiff, the court may order service
by a U.S marshal or a specially appointed person. FRCP 4(c)(3);
Combs v Nick Garin Trucking, 825 F.2d 437, 443 N.47
(D.C. Cir. 1987); Compare Nagy v Dwyer, 507 F.3d 161, 163
(2d Cir. 2007) (without request from indigent P, court was
not required to appoint U.S. marshal)

2) Plaintiffs have showed due diligence by mailing Rule 4-
Notice of a Lawsuit and Request to Waive Service of Summons
FRCP (4),(1),(D) by U.S. Postal Service
A) to Zena Stephens on November 15th, 2021, JCSO. 1085 Pearl
Street BMT TX. 77701
B) to Senior Capt. Minter, Lt. Ford, Lt. Nabors on November
22nd 2021 ~~~~~~, JCCF, 5030 Hwy 69 South, BMT Texas 77705

c) to Keefe Group LLC. on November 22nd 2021, attew. CEO Keefe Group 10880 Linpage Saint Louis, Mo 63132
d) to Chief J. Shauberger, J.C.S0., J.C.C.F. 5038 Hwy 69 South BmT Texas 77705 mailed on December 13th 2021
all served by U.S. Postal Mail Postage Pre Paid.

3) We plaintiffs are subjected to a severe disadvantage in that we do not know if, or when our summons are being answered. We are currently incarcerated & are being refused all of our request for copies of our grievances via; electronically filed kiosk (smartjailmail.com) system.
    Even though we've exausted all avenues Rank & Officers (chain of command) were told an attorney has to request them. I responded in saying prose/unrepresented, aside from ourselves, we then explained the situation of the court requesting all of our evidence for a federal civil suit. I explained to them the situation clearly & asked "How can you refuse me copies of my grievances? They said once they are submitted they are no longer mine, & If the courts want them they will have to serve a subpoena!

|  | Respectfully Submitted |
|---|---|
| 12/20/21 | John mark Whatley #199743 |
|  | J.CCF. |
|  | 5038 Hwy 69, South |
|  | Beaumont Tx. 77705 |

Declaration Under Penalty of Perjury

I declare under penalty of perjury that I am the plaintiff I have read the motion and the information in this motion is true and correct, I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

12/20/21

John Mark Whatley #199743
J.CRF.
5320 HWY 69 South
Beaumont Texas 77705

3 of 3

To. U.S. District Clerk          12/20/21
   300 Willow, Room 104
   Beaumont, Texas 77701


RE: Whatley et al v Stephens   1:21cv549

Dear Clerk
    Please find enclosed Plaintiffs Request for
Court Order Service of Summons and Complaint on
Defendants and please file this motion into the
Courts record at your convenience.
    Thanks and could you please forward a
copy of docket sheet to Derrick Holloway, he
has enclosed a SASE.

          Thank You


                    Sincerely
                    John Mark Whatley  #19743
                    JCCF
                    5030 HWy 69 South
                    Beaumont Tx. 77705

Derrick Holloway 346236
5030 Hwy 69 South
Bmt Tex 77705

NORTH HOUSTON TX 773



★ USA ★ FOREVER ★

CLERK U.S. DISTRICT COURT
RECEIVED
DEC 28 2021
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

"Legal"

U.S. Disrict clerk
300 Willow Room 104
Beaumont, Tx 77701

77701-221729