To: U.S. District Court                    12/29/2021
    300 Willow, Room 104
    Beaumont Texas 77701

RE: Whatley et.al v Stephens et.al.
    1:21 cv 549

Dear Clerk

I am writing to you in concern, to Law Library
and administration and all dorm officers are helping
the county with retaliation. On Dec. 23, 2021. The
administration here broke up PBL dorm, moved all
inmates from PBL to other dorms. I had been in
PBL bunk 51 for 6 months most inmates in PBL had been
way longer than I had, Holloway has been locked up
for 31 months on a false accusation, Carpenter had
only been PBL dorm for a few months.
    So administration, the was in such a hurry to
split up the 3 plaintiffs. Administration send us
into dorms where inmates have COVID-19 now
PBL-dorm which was safe from exposure of
COVID-19, Mrs Whatley and Holloway are in PAU-
dorm now on quarantine. at this time no one has
been tested for COVID-19.
    Carpenter was moved to other side Q side
now I think P & Q side or both on quarantine.

1 of 2

Now all three of plaintiffs have been moved to dorms that have COVID-19 positive inmates. If that does not show retaliation nothing does.

Whatley now has been locked up for 8 months has not seen the court room yet not one time, for a bunch of false accusation. Holloway has been here 31 months has only been to court 2 times. This is definitely not a free country anymore.

Please assign a counsel to this suit. Because we have no voice.

Respectfully

John Mark Whatley
# 199743
JCCF
5030 Hwy 69 South
Beaumont Tx. 77705

2 OF 2

John Mark Whatley # 198743
J. CCF
5030 Hwy 69, South
Beaumont Tx, 77705

NORTH HOUSTON TX 773
30 DEC 2021 PM 3 L



★ USA ★ FOREVER ★

CLERK U.S. DISTRICT COURT
RECEIVED
JAN 03 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS



U.S. District Court
300 Willow, Room 104
Beaumont Texas 77701

77701-221729