To: U.S. District Clerk
300 Willow St., STE. 104
Beaumont, TX. 77701

1/10/2022

RE: Whatley et al vs Stephens et al   1:21 cv 549

Dear Clerk

Please find enclosed 6 pg Time line/events please enter into the courts records, to produce evidence of daily violations by JCCF Officials. We truely need help from the Courts. Every prisoner here has had no meaningful representation by a comptent attorney. And we are to poor to afford bail, because of my social status I have to be held in custody without probable cause. Untruthfull affidavits. No lawyers who are comptent, my lawyer Kevin Cribbs told me the only time I seen her was the middle of Sept. 2021, I ask her to get off my case she agreed I agreed. And then I ask her how long has it been since she had a criminal jury trial she said over 15 yrs. So I ask why did the court assign a lawyer to my case who is really operating under her deceased husbands bar number. Can someone help.

Thank You

Sincerely
John Mark Whatley  #199743
JCCF
5830 Hwy 69 South
Beaumont TX. 77705

Time Line / Events / 1:21cv549 filed Nov. 2, 2021

**1st Shift**

1) Officer Washington PBL-dorm on Sept. 2nd 2021 made false report. Dorm officer refused to do her job and punished inmates who exhibits good behavior, diligence in carrying out jail work assignments and attempts at rehabilitation.

Everyone got rack-ed up, 48 inmates, because dorm officer lied and said we all did not make our beds. Dorm officer definitely has some sort of contempt against men housed in PBL-dorm. Officers especially female are told to lie in order to control dorms. Capt. Morris, Lt. Nabors, Sgt. Gulliory all follow the fact that female officers lie when confronted with why they called for help.

**2nd Shift**       Nov. 10th 2021

2) John Mark Whatley requested full names of all dorm officers and full names of all ranking officers.
Law library clerk's response "who is going to give you that list."

3) 2nd Shift Weds, Nov. 10th 2021, Thurs, Nov. 11th 2021
Dorm officer Eversole was definitely committing Voyeurism by stalking men in shower. Female officer was stalking the shower so much she turned water off on one inmate, while watching made him get out while another inmate was in shower that inmate had just got in, then turned water back on and told a inmate to get in shower, while watching the whole time. review video and see for yourself. "actually disgusting"

1 of 6

2nd Shift        Last Chow

4) On Weds. Nov. 10th 2021 Several female officers entered PBL lead by Officer Kemp, officer came in taking tray from inmates. Creating a distrupance. So one distrupive inmate caused the whole dorm to be racked up, loss of privileges. Just so happened on the same day that I requested full names of all female dorm officers.

2nd Shift

5) On Thurs. Nov. 11th 2021 Officer Eversole behavior caused a fight between two inmates, where officer called for help. Officer Shields female said, she was going to stick something in our ass if we didn't quit complaining and they should take all our communications away.

6) Several people filed PREA complaints on these above events, administration assigned Officer Eversole back in PBL dorm, on Nov. 17th 2021, after PREA complaints.

2nd Shift Eversole   PBL dorm
7) On Thurs Nov. 18th 2021  8:35pm /8:45 pm while watching shower, stated what are you all doing in there rising off, is the water hot enough.

2nd Shift Officer Hebert
8) On Friday Nov. 19, 2021, at 9:20 am PBL dorm stoped inmate Holloway from using kiosk while he was in communication with internal affairs Lopez about his case that has had him confined for last 30 months, officer certain is retaliting.

2 of 6

1st Shift

9) On Nov. 20, 2021 Officer McGraft female PBL Saturday and has usual harassed inmates, did her best too embrass, annoy, torment inmates. McGraft statements " no fucking or fighting in shower or restroom.

Officer McGraft made very unprofessional statements she thinks it is funny that male prisoner do not want to be viewed by female guards while wes are showering.

Officer McGraft wants to run closed showers row, by row so she can monitor the shower and how many is in there at a time. Cross-gender supervision at shower time is a crime and violation of my privilege not to be viewed by officers of opposite sex. We could call it a unreasonable search.

2nd Shift               PBL dorm

10) Sunday Nov. 21st 2021  Officer Scott was very professional

Officer Robinson female relieved Ms. Scott steady watched showers while she was in PBL see; video at 7:50 pm

2nd Shift               PBL dorm

11) Tuesday Nov. 23, 2021 Officer Andgel was letting certain inmates shower, review video 2nd shift especially at 9:30 pm Tuesday night you will see her stalking the shower not just watching. It is ridiculous.

3 of 6

1st Shift PBL - dorm

12) On Nov. 24th, 2021 Weds Officer Shields made so many derogatory statements, all to harass, embrass, annoy, alarm, abuse, torment poor citizen accused of crimes in Jefferson County Correctional Facility. View video you will see her blocking inmates from sitting in the dayroom for lunch standing in front of a certain table. Who does that when all other tables are full. Why do ranking officers allow this type of uncalled and unprofessional conduct. Ms. Shields called inmates retarded, used over turned chairs and mop buckets in dayroom as trip hazards and illegally staged inmates in dayroom. Federal courts states that staging inmates in a limited area causes violence.

Ms. Shields repeatly said if you all don't like it make bond that's the problem, we all are to poor to afford bond.

Officer Shields female has showed nothing but contempt for otherwise innocent people.

She called dorm nasty mother F**kers, F**k you and the grievances you all write, shut up with the B.S. you MF's

1st shift

13) On Nov. 25, 2021 Thurs. Thanksgiving! at lunch Officer Shields lied and called a code saying two inmates were fighting. Ms. Shields also lied about a distruptance she caused because inmates were not sitting down. Video 9:50 am Ms Shields

4 of 6

2nd Shift

14) On Nov. 27, 2021 Sat. Officer Scott worked PBL very professional, need more officers like her.

1st Shift

15) On Nov. 28, 2021 Sunday. Officer Washington Female worked PBL dorm has done nothing except harass and annoy torment inmates about rules, Sunday is lights out day most of her shift is very easy without all the drama. Females act like they have something to prove. Inmates who are other wise well behaved untill these females enter our dorm like a drill sargent.

Officer Washington several times, had her own personal peep show basically stalking the showers see video Nov. 28, 2021 at 12 pm thur 12:30 pm she went sight seeing several times.

1st Shift          PBL Dor

16) On Nov. 29, 2021 Monday, Officer Washington Female punished the rest of dorm because 1 or 2 inmates will not make their beds. Because officer refuses to do her job. By writing up the disruptive inmates.

17) On Dec. 6th 2021 Monday maintnance dept. started moving officers platform in PBL dorm, relocated platform on front wall away from showers and restroom area.

5 of 6

1st Shift   PBL - Dorm

12) On Tuesday Dec. 7, 2021 at 12:47 pm Officer Mc Graph was stalking shower see video footage

These are basic observation in PBL dorm and how the female officers act, we can assume that behaviors could be more or less as severe. There is so much evidence to these violations daily. Please enter this time line into the record of 1:21 cv 549.

John Noell Whitley
# 199743

6of 6

John Mark Whatley # 199743
J.CCF
5038 Hwy 69, South
Beaumont Tx. 77705





U.S. District Clerk
300 Willow St., STE. 104
Beaumont Tx. 77701