To: U.S. District Clerk
300 Willow Rm 104
Beaumont Texas 77701

Feb. 6, 2022

RE: Whatley et al v Stephens et al
civil action  1:21 cv 549

Dear Clerk

Will you please forward me a docket sheet in the above styled number cause at your convenience.

Thank you

Sincerely

John Mark Whatley
J.CCF # 199743
5030 Hwy 69 South
Beaumont Tex. 77705

John Mark Whatley # 199743
J.CCF.
5130 Hwy 69, South
Beaumont Texas 77705



NORTH HOUSTON TX 773
8 FEB 2022 PM 1

"Legal"



U.S. District Clerk
300 Willow Rm 104
Beaumont Texas 77701

77701-221729