To: U.S. District Clerk
300 Willow Room 104
Beaumont, Texas 77701

3/8/22

RE: Whatley v Stephens
Cause #1:21 cv 549

Dear Clerk

Would you please forward a docket sheet in the above styled and number case. Also what is our position, with the summons being served, do I need to file in forma pauperis to have summons served.

Also Derrick Holloway his case # 1:21 cv 613 is asking does he need to file in forma pauperis papers, at this time we are in the same dorm. Since the magistrate severed our cases, we do not know what positions we are in. Because considering our heading we intended to cover all others similarly situation.

Please also send Holloway v Stephens # 1:21 cv 613 a docket sheet and in forma pauperis papers if necessary to keep his civil suit going. Because Holloway will deffinitely have a false imprisonment claim, following this suit.

Carpentry's case was severed, considered he must have hired a attorney because, I have requested confirmation on service of summons.

Please any information would be helpful.

John Whatley #199743
Derrick Holloway #346230

John Mark Whatley # 199743
J.CCF
5030 Hwy 69 South
Beaumont Texas   77705



NORTH HOUSTON TX 773
9 MAR 2022 PM 2 L



CLERK U.S. DISTRICT COURT
RECEIVED
MAR 11 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

U.S. District Clerk
300 Willow Room 104
Beaumont Texas 77701

77701-221729