To; U.S. District Court  3/11/2022
300 Willow, Room 104
Beaumont Texas 77701

RE; Whatley v Stephen   1:21 cv 549

Dear Clerk
   Greetings;

   Please submit this greivance into the courts record in the above styled and numbered cause, this is the type of retaliation a prisoner can expect for trying to file motions with the Court. Hindering is a understatement.
   Friday Morning 7:40 March 11, 2022.
   Law Library Officer Jones called myself and two other inmates to recreation yard to make copies of motions that I need to file with the criminal courts and copies of a letter to my attorney that support due diligence on my part the poor accused citizen in Jefferson County.
   Officer Jones refused to make copies of documents for Whatley. Jones told me (ordered) to stand in a certain place on recreation yard. Officer Jones will find any reason not to help a accused person with law library as simple as copies. They refuse to supply carbon paper now copies of documents who are fighting for their freedom. And through malversation, all officers here, and administration are doing everything in their power, to keep innocent people, in county jail

1 of 2

and refuse legal copies to a person trying to obtain his release, while Officer Blackwell on the dorm today will watch different inmates in the shower from just a few feet away, a sex crime. And make a innocent person stay on his bunk because he will not stand in a certain place on the recreation yard, while waiting on copies to be made Officer Jones malfeasance is a direct retaliation towards Whatley's legal rights and access to the courts

Thank you

John Mark Whatley

John Mark Whatley #199743
JCCF
5036 Hwy 69 South
Beaumont TX. 77705

John Mark Whatley # 199743
J. CCF.
5030 Hwy 69, South
Beaumont Texas 77705



NORTH HOUSTON TX
15 MAR 2022

U.S. District Court, Clerk
300 Willow, Room 104
Beaumont Texas 77701



CLERK U.S. DISTRICT COURT
RECEIVED
MAR 17 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

77701-221729