To Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217

Jan. 13, 2023

RE: John Mark Whatley Et Al.
vs
Zena Collins Stephens
Et Al,

Civil Action No. 1:21-cv-549

Dear Clerk
Greetings:
Plaintiff is being denied law library, a complete ban of law library, jail administration seems to be confused about providing Whatley access to law library. Plaintiff has a fed. habeus corpus 2241 also it is impossible for a litigant to prepare for a complex litigations without a law library. Plaintiff request sufficient access to J.C.C.F. law library, "in full to injury" grievance process tells me this is not a grievable issue.

Please enter this into the courts record, denial of law library is jail administrations direct retaliation to a prisoners right to redress federal claims.

Sincerely
John Mark Whatley #199743
J.C.C.F.
5030 Hwy 69, South
Beaumont TX 77705

John Mark Whatley #1997943
J.CCF
5030 Hwy 69, South
Beaumont, Texas 77705

NORTH HOUSTON TX 773
17 JAN 2023 PM 2 L



CLERK, U.S. DISTRICT COURT
RECEIVED

JAN 20 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217

77701-221729