To: Clerk
United States District Court
300 Willow Street Suite 104
Beaumont Texas
77701-2217

7/16/2023

RE: Whatley v Stephens
Civil action # 1:21-cv-549

Dear Clerk
Greetings;

Please note that plaintiff has been transferred to T.D.C.J.-CID on July 11, 2023, and enter this as notice of address change to the below name and address, into the courts record.

Thank you

Sincerely

John Mark Whatley

John Mark Whatley #2454533
Holliday Unit
295 I.H. 45 N
Huntsville TX. 77320-8443

P.S. Could you please forward a complete docket sheet?

John Mark Whatley
8454555
HOLLIDAY UNIT
295 I.H 45N
HUNTSVILLE, TX
77320-8443

S
#Attew; 1:21-cv-549

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 21 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

NORTH HOUSTON TX 773
19 JUL 2023 PM 1



Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont Texas
77701-2217

77701-221729