To: Clerk                                            6-23-24
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas   77701-2217

RE: Whatley v Stephens et al, Civil # 1:21-cv-549

Dear Clerk

    Greetings;

    The first week of June, I notified the court of my address change from Holliday Unit to East Texas Treatment Facility, I also requested a docket sheet, at this time I have not recieved verification that my address change has been acknowledged by the court. Please forward me a current docket sheet, in the above styled and numbered civil action at your convenience.

    Thank You

                                           Sincerely
                                           John Whatley

                                John Whatley 2454555
                                TDCJ East Tx. Treatment Facility
                                P.O. Box 8000
                                Henderson, Tx. 75653

John Mark Whatley #2454555
East Texas Treatment Facility T.D.C.J.
P.O. Box 8000
Henderson, TX. 75653

SHREVEPORT LA 710
24 JUN 2024 PM 1 L



CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 28 2024
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

"Legal"

Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217

77701-221729

Privileged Offender Mail
Not Inspected by Texas
Department of Criminal Justice-
Correctional Institutions Division